# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

CANCER GENETICS, INC.,

     Plaintiff,

v.

KREATECH BIOTECHNOLOGY, B.V.,

     Defendant.

APPEARANCE

Civil Action No.: 07-cv-0011461 (RJS)

To the Clerk of this court and all parties of record:

Please, enter my appearance as counsel in this case for CANCER GENETICS, INC.

I certify that I am admitted to practice in this court.

Date:  April 16, 2008

Christopher B. Prescott
Bar No: CP 4070
GREENBERG TRAURIG, LLP
200 Park Ave
New York, NY 10166
Phone: 212-801-9200
Fax: 212-801-6400