# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

CANCER GENETICS, INC.,

    Plaintiff,

v.

KREATECH BIOTECHNOLOGY, B.V.,

    Defendant.

APPEARANCE

Civil Action No.: 07-cv-0011461 (RJS)

To the Clerk of this court and all parties of record:

Please, enter my appearance as counsel in this case for CANCER GENETICS, INC.

I certify that I am admitted to practice in this court.

Date: April 16, 2008

*/s/ Deepro R. Mukerjee*
Deepro R. Mukerjee
Bar No: DM 7373
GREENBERG TRAURIG, LLP
200 Park Ave
New York, NY 10166
Phone: 212-801-9200
Fax: 212-801-6400