Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200 (phone)
(212) 801-6400 (facsimile)
Attorneys for Plaintiff
Cancer Genetics, Inc.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
CANCER GENETICS, INC.,
           Plaintiff,

v.

KREATECH BIOTECHNOLOGY, B.V.,
           Defendant.
------------------------------------------------------------ x

Civil Action No.: 07-cv-0011461 (RJS)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and among counsel for Plaintiff and counsel for Defendants, that the above-captioned matter be and hereby is dismissed with prejudice and without cost against any party.

Greenberg Traurig, LLP
Attorneys for Plaintiff Cancer Genetics, Inc.

By: _____
Christopher B. Prescott, Esq. (CP4070)
Dated: June 13, 2008

Mintz Levin Cohen Ferris Glovsky and Popeo PC
Attorneys for Defendant Kreatech Biotechnology, B.V.

By: _____
Sara J. Crasson, Esq. (SC7992)
Dated: June 13, 2008

SO ORDERED.

_____
Honorable Richard J. Sullivan, U.S.D.C.
6/16/08